DECEMBER 7, 1987

No. 87–5669.   ALBERTON v. STATE BAR OF CALIFORNIA.   Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–635.   OKLAHOMA TAX COMMISSION v. GRAHAM ET AL.   C. A. 10th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Caterpillar Inc.* v. *Williams,* 482 U. S. 386 (1987).

No. — – ——.   FISHER v. OKLAHOMA.   Motion of petitioner for leave to proceed *in forma pauperis* without an affidavit of indigency executed by the petitioner granted.

No. D–652.   IN RE DISBARMENT OF CONWAY.   Disbarment entered.   [For earlier order herein, see 483 U. S. 1051.]

No. D–664.   IN RE DISBARMENT OF WITTMAACK.   It is ordered that John A. Wittmaack, of Hawley, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–665.   IN RE DISBARMENT OF ENRICO.   It is ordered that Paul J. Enrico, of West Babylon, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 65, Orig.   TEXAS v. NEW MEXICO.   Report of the Special Master received and ordered filed.   Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Replies thereto, with supporting briefs, may be filed within 30 days.   [For earlier decision herein, see, *e. g.,* 482 U. S. 124.]

No. 94, Orig.   SOUTH CAROLINA v. BAKER, SECRETARY OF THE TREASURY.   Motion for compensation on behalf of the Estate of the Special Master, Samuel J. Roberts, granted.   [For earlier order herein, see, *e. g., ante,* p. 920.]